UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARREN LAMONT McCOY,<br><br>Defendant. | Case No. 2:11-cr-00438-MMD-CWH<br><br>ORDER |

Before the Court is Defendant's Motion in Limine to Preclude Certain Testimony and Evidence at Trial (dkt. no. 35) filed on June 11, 2012. The Court has reviewed the United States' response and supplemental response (dkt. nos. 38 & 48) and Defendant's notice of non-opposition (dkt no. 49). After Defendant filed his Motion, the Grand Jury returned a Superseding Indictment charging Defendant with six counts, including two counts of Interference with Commerce by Robbery. The United States argues, and the Defendant acknowledges, that his Motion is Limine has been rendered moot by the Superseding Indictment. Defendant's Motion in Limine is therefore denied.

ENTERED THIS 5th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE