UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              2:11-CR-438-MMD-CWH

DARREN LAMONT MCCOY,

    Defendant.

## ORDER ON COUNSEL'S MOTION TO WITHDRAW

This matter having come before the Court on counsel Saraliene S. Durrett's motion, and good cause appearing, counsel's motion to withdraw as attorney of record for defendant Darren McCoy is **GRANTED**.

**IT IS HEREBY ORDERED** that Saraliene S. Durrett should be removed as counsel of record in this case.

**IT IS FURTHER ORDERED** that the clerk of the court will assign a new CJA attorney to represent Mr. McCoy.

DATED THIS 7th day of February 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Submitted by:

CHESNOFF & SCHONFELD

Saraliene S. Durrett