UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARREN LAMONT McCOY,<br><br>Defendant. | Case No. 2:11-cr-00438-MMD-CWH<br><br>ORDER |

On February 7, 2013, the Court granted Saraliene S. Durrett, Esq.'s "Motion to Withdraw as Counsel of Record" (dkt. no. 98) and ordered new counsel appointed (dkt. no. 100).

IT IS HEREBY ORDERED that Angela H. Dows, Esq. is appointed as counsel for Darren Lamont McCoy in place of Ms. Durett for all further proceedings.

IT IS FURTHER ORDERED that Ms. Durrett shall forward the file to Ms. Dows forthwith.

DATED this 7th day of February 2013.

Nunc Pro Tunc Date: February 7, 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE